[This opinion has been published in *Ohio Official Reports* at 86 Ohio St.3d 577.]

THE STATE EX REL. BEAUREGARD, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Beauregard v. Indus. Comm*., 1999-Ohio-183.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 98-2409—Submitted July 28, 1999—Decided September 22, 1999.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD07-949.

————————————

*Spitler & Williams-Young Co., L.P.A.*, and *William R. Menacher*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Mark S. Barnes*, Assistant Attorney General, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the judgment entry of the court of appeals.

MOYER, C.J., DOUGLAS, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent.

————————————